# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS M. BUCKOVETZ, an individual; and LYNNE M. BIRD, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE DEPARTMENT OF THE NAVY,<br><br>Defendant. | Case No.: 21-cv-00640-H-KSC<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**<br><br>[Doc. No. 4.] |

On May 26, 2021, the parties filed a joint motion for an extension of time for Defendant the Department of the Navy to file a response to Plaintiffs Dennis M. Buckovetz and Lynne M. Bird's complaint. (Doc. No. 4.) For good cause shown, the Court grants the joint motion for extension of time. Defendant the Department of the Navy must file any response to Plaintiffs' complaint on or before **June 21, 2021**.

**IT IS SO ORDERED.**

DATED: May 27, 2021

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT